Jennie E. Zechman, trading as Zechman & Company, plaintiff in error, v. Isadore Ossey et al., defendants in error. Gen. No. 33,959.

Opinion filed April 28, 1930.

Aronson & Aronson, for plaintiff in error. Myer N. Rosengard, for defendants in error; Irving L. Block, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

Pulaski Lumber Company, appellee, v. Gustav E. Seegren, appellant. Gen. No. 34,002.

Opinion filed April 28, 1930. Rehearing denied May 12, 1930.

Ernest A. Eklund and Frederick J. Bertram, for appellant. Hutson & Traeger, for appellee; John D. Bolger, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

The People of the State of Illinois on relation of Dr. Charles E. Scharf, relator, v. Frank M. Padden, Judge of the Municipal Court of Chicago. Gen. No. 34,045.

Opinion filed April 28, 1930.

Lefkovits & Lefkovits, for respondent. W. J. Lewis and Charles C. Mull, for relator.

Mr. Justice Matchett delivered the opinion of the court.

The People of the State of Illinois on relation of Dr. Frank C. Roe, relator, v. Frank M. Padden, Judge of the Municipal Court of Chicago. Gen. No. 34,047.

Opinion filed April 28, 1930.

Lefkovits & Lefkovits, for respondent. W. J. Lewis and Charles C. Mull, for relator.

Mr. Justice Matchett delivered the opinion of the court.